# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| DEREK FENLON, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) **ORDER FOR STATUS** ) **CONFERENCES** ) |
| vs. | ) ) |
| NICKELBACK TRANSPORT, INC., | ) ) Case No. 1:19-cv-142 |
| Defendant. | ) |

A mid-discovery status conference will be held before the magistrate judge on June 16, 2020, at 10:00 a.m. A second status conference will be held before the magistrate judge on November 3, 2020, at 10:00 a.m. Both conferences will be conducted via telephone. To participate in the conferences, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 15th day of January, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court