# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Derek Fenlon, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | **ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER/PLAN** |
| vs. ) ) | |
| Nickelback Transport, Inc., ) ) | Case No. 1:19-cv-142 |
| Defendant. ) | |

On March 23, 2021, the parties filed a "Second Agreed Motion to Amend Scheduling Plan/Order." The court **GRANTS** the parties' motion (Doc. No. 44) and amend the pretrial deadlines as follows:

1. The parties shall have until April 30, 2021, to complete fact discovery.

2. The parties shall have until June 1, 2021, to file discovery motions.

3. The parties shall have until July 30, 2021, to file dispositive motions.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhaalter, Magistrate Judge
United States District Court